**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **D.F., et al.,** | : | CIVIL ACTION NO. 1:05-CV-0405 |
| **Plaintiffs** | : | (Judge Conner) |
| v. | : | |
| **LINCOLN INTERMEDIATE UNIT,** | : | |
| **Defendant** | : | |

## **ORDER**

AND NOW, this 23rd day of December, 2005, upon consideration of the correspondence dated December 22, 2005, from counsel for defendant and addressed to the attention of the court, averring that a settlement in the above-captioned case has been reached and requesting that the court approve the settlement on the minor plaintiff's behalf, and it appearing that the terms of the agreement are not of record, it is hereby ORDERED that:

1. The Clerk of Court is directed to DOCKET the December 22, 2005, correspondence from defendant as a "motion for approval of settlement."

2. On or before January 13, 2006, defendant shall file with the court, under seal if necessary, a copy of the settlement agreement.

                                            S/ Christopher C. Conner
                                           CHRISTOPHER C. CONNER
                                           United States District Judge