## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **D.F., et al.,** | : | **CIVIL ACTION NO. 1:05-CV-0405** |
| | : | |
| **Plaintiffs** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **LINCOLN INTERMEDIATE UNIT**, | : | |
| | : | |
| **Defendant** | : | |

### ORDER

AND NOW, this 10th day of January, 2006, upon consideration of the

concurred-in motion for approval of settlement (Doc. 13), requesting that the court

review and approve the terms of the parties' settlement agreement as they relate to

the minor plaintiff D.F. (see 14), and the court finding that the terms of the

agreement are reasonable and fair and in the best interests of the minor plaintiff, it

is hereby ORDERED that:

1.    The motion (Doc. 13) for approval of settlement is GRANTED.

2.    Plaintiffs Scott F. and Sherry F., as parents and legal guardians of the minor plaintiff D.F., shall be permitted to sign the settlement agreement and general release (Doc. 14) on minor plaintiff's behalf.

                                    /s/ Christopher C. Conner
                                    CHRISTOPHER C. CONNER
                                    United States District Judge