## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **D.F., a minor, and SCOTT and SHERRY F., individually and as parents and next friends of D.F.,** : <br>       **Plaintiffs** : <br> : <br>       **v.** : <br> : <br> **LINCOLN INTERMEDIATE UNIT #12,** : <br>       **Defendant** : | **CIVIL ACTION NO. 1:05-CV-405** <br><br> **(Judge Conner)** |

### **O R D E R**

Counsel having reported to the court that this action has been settled, **IT IS HEREBY ORDERED THAT** this action is dismissed without costs and without prejudice to the right of either party, upon good cause shown, to reinstate the action within sixty (60) days if the settlement is not consummated.

                                                  S/ Christopher C. Conner
                                                  CHRISTOPHER C. CONNER
                                                  United States District Judge

Dated:         February 3, 2006